■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL E. KELLY, Appellant. [864 NYS2d 375]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered March 14, 2007. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Martoche, Fahey, Peradotto and Gorski, JJ.